**MMP&S**

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW

1000 WOODBURY ROAD SUITE 402 WOODBURY, NY 11797

TELEPHONE: 516. 712.4000 FAX: 516.712.4013

HTTP://WWW.MILBERMAKRIS.COM

November 12, 2026

**VIA ECF**

The Honorable District Judge Katherine Polk Failla
United States District Court: Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re: *Maclovio Zaragoza v. W13 Pizza LLC, and Angelo Viscoso*
SDNY Docket No. : 1:25-cv-06481-KPF
Our File No. : 1298-32275

Dear Honorable Judge Failla:

Our firm represents Defendants, *W13 Pizza LLC* and *Angelo Viscoso*, in connection with the above-referenced matter. We respectfully submit this correspondence, together with counsel for Plaintiff, Maclovio Zaragoza, to request an adjournment of the post-fact pretrial conference scheduled for November 18, 2026 in light of the fact that the parties have resolved this litigation in principle. The parties respectfully request a period of forty-five (45) days, up to and including December 28, 2026, to submit to this Court a dually executed stipulation of voluntary dismissal with prejudice.

We thank this Court for its time and consideration and remain available should Your Honor have any questions concerning these requests.

Very truly yours,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

Christopher Giovinco, Esq.

cc: Leah Seliger, Esq.
**JOSEPH & KIRSCHENBAUM LLP**
*Attorneys for Plaintiff*
45 Broadway, Suite 320
New York, New York 10006
leah@jk-llp.com

The Court thanks the parties for the status update. The Court will issue a 60-day order under separate cover. The post-fact pretrial conference, currently scheduled for November 18, 2026, at 11:00 a.m., is hereby ADJOURNED *sine die.*

The Clerk of Court is directed to terminate the motion at docket entry 25.

Dated: November 13, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE